*[handwritten sideways: CAUSA, Pretrial, dft atty]*

1  Jack Gordon; 169380
2  95 S. Market St., Suite 300
   San Jose, CA 95113
3  (408) 286-1351

4  Attorney for Defendant,
   Nathaniel E. Lovell



**FILED**

DEC 16 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>vs.<br><br>Nathaniel E. Lovell,<br><br>         Defendants.<br>_____/ | No. CR-05-00445-RMW<br><br>ORDER TO AMEND CONDITIONS<br>OF PRETRIAL RELEASE |

TO: THE OFFICE OF PRETRIAL SERVICES, CLERK OF THE ABOVE-ENTITLED COURT AND TO THE UNITED STATES OF AMERICA AND ITS ATTORNEYS:

GOOD CAUSE APPEARING, IT IS HEARBY ORDERED that:

Defendant Nathaniel E. Lovell may travel to Tucson Arizona on/between 12-26-05 and 12-30-05.

Dated: 12/16/05

*/s/ Patricia V. Trumbull*

Honorable ~~Ronald White~~
PATRICIA V. TRUMBULL