KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

MARK L. KROTOSKI (CSBN 138549)
Assistant United States Attorney

   150 Almaden Avenue, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5035
   FAX: (408) 535-5081

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 4/13/06*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-00445-RMW |
|     Plaintiff, ) | |
|   v. ) | STIPULATION TO CONTINUE SENTENCING HEARING |
| NATHANIEL E. LOVELL, ) | |
|    aka Nate Lovell, aka pestilenc, aka pest, ) | |
|     Defendant. ) | |

   It is hereby stipulated and agreed between defendant Nathaniel Lovell, by and through his counsel of record, Jack Gordon, Esq., and the United States, by and through Assistant United States Attorney Mark L. Krotoski, as follows:

   1. This matter is presently set for a sentencing hearing on May 8, 2006 at 9:00 a.m.

   2. The Probation Officer has requested further time to address sentencing issues and to complete the Presentence Report.

   3. The parties do not oppose this request for further time to prepare the Presentence Report.

// // //

STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND  ORDER
CR 05-00445-RMW

1  For the foregoing reasons, and that the ends of justice are served by continuing this case, the parties stipulate and request to a continuance of the sentencing hearing from May 8, 2006 at 9:00 a.m. to June 12, 2006 at 9:00 a.m., or the next available date.

IT IS SO STIPULATED.

Dated: April 10, 2006

KEVIN V. RYAN
United States Attorney

/s/
_____
MARK L. KROTOSKI
Assistant United States Attorney

Dated: April 10, 2006

/s/
_____
JACK GORDON
Attorney for Defendant

IT IS SO ORDERED.

Upon good cause shown, the sentencing hearing is continued from from May 8, 2006 at 9:00 a.m. to June 12, 2006 at 9:00 a.m.

Dated: April 13 2006

/S/ RONALD M. WHYTE
_____
RONALD M. WHYTE
United States District Judge

Distribute To:

Jack D. Gordon
Law Office of Jack Gordon
95 S Market Street, Suite 300
San Jose, CA 95113-2350
FAX:  (408) 977-7783

Mark L. Krotoski
AUSA
150 Almaden Boulevard, Suite 900
San Jose, CA 95113

Jack Roberson
U.S. Probation Officer
280 South First Street
San Jose, CA 95113