KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

150 Almaden Avenue, Suite 900
San Jose, California 95113
Telephone: (408) 535-5035
FAX:       (408) 535-5081
E-Mail:    Mark. Krotoski@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 6/15/06*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NATHANIEL E. LOVELL, ) <br>   aka Nate Lovell, aka pestilenc, aka pest, ) <br> ) <br> Defendant. ) | No. CR 05-00445-RMW <br><br> STIPULATION TO CONTINUE SENTENCING HEARING AND ORDER |

It is hereby stipulated and agreed between defendant Nathaniel Lovell, by and through his counsel of record, Jack Gordon, Esq., and the United States, by and through Assistant United States Attorney Mark L. Krotoski, as follows:

1. This matter is presently set for a sentencing hearing on June 12, 2006 at 9:00 a.m.

2. The parties request further time, until July 24, 2006, to address sentencing issues.

3. Probation has been advised of this request.

// // //

// // //

// // //

STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND ORDER
CR 05-00445-RMW

For the foregoing reasons, and that the ends of justice are served by continuing this case, the parties stipulate and request to a continuance of the sentencing hearing from June 12, 2006 at 9:00 a.m. to July 24, 2006 at 9:00 a.m., or the next available date.

IT IS SO STIPULATED.

Dated: June __, 2006                           KEVIN V. RYAN
                                               United States Attorney


                                               _____
                                               MARK L. KROTOSKI
                                               Assistant United States Attorney

Dated: June __, 2006


                                               _____
                                               JACK GORDON
                                               Attorney for Defendant

IT IS SO ORDERED.

Upon good cause shown, the sentencing hearing is continued from June 12, 2006 at 9:00 a.m. to July 24, 2006 at 9:00 a.m.

Dated: June 15, 2006

                                                /S/ RONALD M. WHYTE
                                               _____
                                               RONALD M. WHYTE
                                               United States District Judge


Distribute To:

Jack D. Gordon
Law Office of Jack Gordon
95 S Market Street, Suite 300
San Jose, CA 95113-2350
FAX:  (408) 977-7783

Mark L. Krotoski
AUSA
150 Almaden Boulevard, Suite 900
San Jose, CA 95113

Jack Roberson
U.S. Probation Officer
280 South First Street
San Jose, CA 95113