UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION                                         *E-FILED - 8/23/06*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 05-00445 RMW |
| Plaintiff, | [] AMENDED FINAL ORDER OF FORFEITURE |
| v. | |
| NATHANIEL E. LOVELL,<br>   aka Nate Lovell, aka pestilenc, aka pest, | |
| Defendant. | |

On March 17 and July 6, 2006, the Court entered Preliminary and Final Orders of Forfeiture, respectively, forfeiting the defendant's right, title and interest in certain items defendant used in violation of federal law for which he was convicted, i.e., Conspiracy to Commit Criminal Copyright Infringement By Electronic Means, in violation of Title18, United States Code, Section 371 and Copyright Infringement By Electronic Means and Aiding and Abetting, in violation of Title 17, United States Code, Section 506(a)(1)(B), Title 18, United States Code, Sections 2, 2319(c)(1).  It was later determined that the serial numbers associated with some of the items were inadvertantly listed incorrectly.   This Order corrects those clerical errors.

THEREFORE, IT IS HEREBY ORDERED that the items listed below are hereby forfeited to the United States, pursuant to Title 17, United States Code, Sections 506(b) and 509(a).  All right, title and interest in said property is vested in the United States of America.  The appropriate federal agency shall dispose of the forfeited property according to law.

1  A.   Seagate Hard Drive Serial Number 3JT1MG7G
2  B.   Maxtor Hard Drive Serial Number T4H6LM7C
3  C.   Western Digital Serial Number 07939902
4  D.   IBM Serial Number XEYBZ801
5  E.   Seagate Hard Drive Serial Number 3DF05GMT
6  F.   IBM Hard Drive Serial Number VED33350
7  G.   IBM Hard Drive Serial Number 6EMAV838
8  H.   Maxtor Hard Drive Serial Number 66220251064
9  I.   Western Digital Hard Drive Serial Number WT4111778923
10 J.   Maxtor Hard Drive Serial Number B603LLRH
11 K.   Maxtor Hard Drive Serial Number B61N8V6H
12 L.   Maxtor Hard Drive Serial Number L60308CH
13 M.   Maxtor Hard Drive Serial Number B603J06H
14 N.   Maxtor Hard Drive Serial Number B6036SDH
15 O.   Maxtor Hard Drive Serial Number G806A59E
16 P.   Maxtor Hard Drive Serial Number B603GY2H
17 Q.   Maxtor Hard Drive Serial Number B603G7GH
18 R.   Maxtor Hard Drive Serial Number B603L0JH
19 S.   Maxtor Hard Drive Serial Number B603KZ5H
20 T.   Western Digital Hard Drive Serial Number WDWMAL72761336
21
22 U.   Western Digital Hard Drive Serial Number WDWMAS72789796
23
24 V.   Maxtor Hard Drive Serial Number B603HDZH
25 W.   Maxtor Hard Drive Serial Number B60329GH
26 X.   Maxtor Hard Drive Serial Number B603KXPH
27 Y.   Seagate Hard Drive Serial Number 3HV1262A
28 Z.   Maxtor Hard Drive Serial Number Y697ZNSE

FINAL ORDER OF FORFEITURE                                            2
CR 05-00445 RMW

| | | |
|---|---|---|
| 1 | AA. | Maxtor Hard Drive Serial Number B6036TNH |
| 2 | BB. | Maxtor Hard Drive Serial Number B6036KAH |
| 3 | CC. | Maxtor Hard Drive Serial Number B603L1HH |
| 4 | DD. | Maxtor Hard Drive Serial Number B603G5HH |
| 5 | EE. | Maxtor Hard Drive Serial Number B603G4WH |
| 6 | FF. | Seagate Hard Drive Serial Number  VR242388 |
| 7 | GG. | IBM Hard Drive Serial Number G2R8YJ6G |
| 8 | HH. | Maxtor Hard Drive Serial Number K60N28FC |
| 9 | II. | Seagate Hard Drive Serial Number 1HR00158 |
| 10 | JJ. | Maxtor Hard Drive Serial Number Y6508J6E |
| 11-12 | KK. | Western Digital Hard Drive Serial Number WM3690594687 |
| 13 | LL. | IBM Hard Drive Serial Number 68013450HA |
| 14 | MM. | Seagate Hard Drive Serial Number LG430880 |
| 15 | NN. | Seagate Hard Drive Serial Number 3DF05GKX |
| 16 | OO. | Six unlabeled hard drives located in shipping box |
| 17 | PP. | Maxtor Hard Drive Serial Number D408SV8E |
| 18 | QQ. | 83 CD-roms, various labels |
| 19 | RR. | 3 Thumb drives |
| 20 | SS. | Computer CPU tower - CPU 16 |
| 21 | TT. | 1 CD-R labeled R. Kelley - Chocolate Factory |
| 22 | UU. | 1 DVD-R labeled as The Last of the Mohicans |
| 23-24 | VV. | iPod 20GB with i trip connector Serial Number 4J4455NTP59 |
| 25-26 | WW. | Computer CPU tower, no serial Serial Number  - CPU 17 |
| 27 | XX. | Black Caselogic CD holder with CDs |
| 28 | YY. | Western Digital Hard Drive Serial Number WCA9N5255055 |

[] FINAL ORDER OF FORFEITURE            3
CR 05-00445 RMW

| | | |
|---|---|---|
| 1 | ZZ. | 1 black Mainstays CD holder with CDs |
| 2 | AAA. | 19 CD-R/DVD-R in plastic single cases |
| 3 | BBB. | 167 CD-R/DVD-R on cylinder holders |
| 4 | CCC. | CD rom X |
| 5 | DDD. | Sony DVD/CD player Serial Number 8864036 |
| 6 | EEE. | Sony DVD/CD player Serial Number 8844214 |
| 7 | FFF. | Microsoft XBox Serial Number 307940545005 |
| 8 | GGG. | XBox connector cord |
| 9 | HHH. | XBox power cord |
| 10 | III. | Black and silver CD projects case with CDs inside |
| 11 | JJJ. | 5 CD Projects blue/black CD case |
| 12 | KKK. | 5 Black Case Logic CD case |
| 13 | LLL. | 2 Case It gray/black CD case |
| 14 | MMM. | 1 CD Projects grey/black CD case |
| 15 | NNN. | 1 Black CD case, no label, medium size |
| 16 | OOO. | 1 MSDN Blue/black CD case |
| 17 | PPP. | 1 Office 2000 black/green CD case |
| 18 | QQQ. | 1 black 3 ring binder with CDs |
| 19 | RRR. | 520 CD/DVD roms, various labels |
| 20 | SSS. | 300 CD/DVD roms, boxed, various labels |
| 21 | TTT. | 500 CD/DVD roms, boxed, various labels |
| 22 | UUU. | 184 CD/DVD roms, boxed, various labels |
| 23 | VVV. | 1 CPU labeled Cadco clone no serial Serial Number |
| 24 | | (one loose HD Maxtor) (CPU-1) |
| 25 | WWW. | 1 CPU (located in box) (CPU-2) |
| 26 | XXX. | 1 CPU (CPU-3) |
| 27 | YYY. | 1 CPU clone, (CPU-4) |
| 28 | ZZZ. | |

[] FINAL ORDER OF FORFEITURE                                                                                                  4
CR 05-00445 RMW

| | | |
|---|---|---|
| 1 | AAAA. | 1Compaq laptop CMZ040 Serial Number 1V97CYW27325, with power cord (CPU-5) |
| 2 | | |
| 3 | BBBB. | 1 CPU Xcon, labeled server 19216811 (CPU-6) |
| 4 | CCCC. | 1 CPU Black Coolermaster Serial Number C05090101083 (CPU-7) |
| 5 | | |
| 6 | DDDD. | 1 CPU (CPU-8) |
| 7 | EEEE. | 1 CPU (CPU-9) |
| 8 | FFFF. | 1 CPU (CPU-10) |
| 9 | GGGG. | 1 CPU (CPU-11) |
| 10 | HHHH. | 1 Dell laptop model PP0IL Serial Number 8LJ4H01 (CPU - 12) |
| 12 | IIII. | 1 Maxtor Hard Drive Serial Number 6943PLH (CPU-13) with cord |
| 13 | LLLL. | 1 CPU label SERVCR2 19216812 Serial Number B13002A2510175 (CPU-14) |
| 16 | MMMM. | 1 CPU label SERVCR3 19216813 (CPU-15) |
| | NNNN. | Hitachi Hard Drive Serial Number CFE329KD |
| 17 | OOOO. | Shuttle X Computer Serial Number BS1A30308000538 |

The United States represents that it has complied with the publication and notice requirements of the Preliminary Order and that no petitions have been filed.

IT IS SO ORDERED this     23     day of    August    . 2006.

    /s/ Ronald M. Whyte
RONALD M. WHYTE
United States District Judge

[ FINAL ORDER OF FORFEITURE
CR 05-00445 RMW

5